# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| David A. Erickson, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 22-cv-979 JRT/DJF |
| Menard, Inc., | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

these cases are hereby **DISMISSED WITH PREJUDICE** and with each party to bear its own costs disbursements, and attorney's fees.

Date: 10/26/2022                                              KATE M. FOGARTY, CLERK